**CT Corporation**



**Service of Process Transmittal**
01/19/2011
CT Log Number 517905317

TO: Hattie Booth
Allstate Insurance Company
2775 Sanders Road, Corp Litigation --A6
Northbrook, IL 60062-6127

**RE:    Process Served in Tennessee**

FOR:    ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Melvin Harris, et al., Pltfs. vs. Allstate Property and Casualty Insurance Co., Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Letter, Summons, Complaint |
| COURT/AGENCY: | Madison County Circuit Court, TN<br>Case # C10379 |
| NATURE OF ACTION: | Insurance Litigation - Policy benefits claimed for property damages caused by fire |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Knoxville, TN |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 01/19/2011 postmarked on 01/18/2011 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service of the summons, exclusive of the date of service |
| ATTORNEY(S) / SENDER(S): | Nathan B. Pride<br>423 N. Highland Avenue<br>Jackson, TN 38301<br>731-422-6895 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/20/2011, Expected Purge Date: 01/25/2011<br>Image SOP<br>Email Notification, Patti Cummings pgarq@allstate.com<br>Email Notification, Bill Boodro wboodro@allstate.com<br>Email Notification, Hattie Booth HBOOTH@ALLSTATE.COM |
| SIGNED:<br>PER:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>Amy McLaren<br>800 S. Gay Street<br>Suite 0221<br>Knoxville, TN 37929-9710<br>800-592-9023 |

Page 1 of 1 / EF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**brenda.meade@tn.gov**

January 14, 2011

Allstate Property & Casualty Ins Co
800 S. Gay Street, Ste 2021, % C T Corp.
Knoxville, TN 37929-9710
NAIC # 17230

Certified Mail
Return Receipt Requested
7009 3410 0002 1677 3273
Cashier # 1203

Re:   Harris & Edwards   V.   Allstate Property & Casualty Ins Co

  Docket # C-10-379

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served January 10, 2011, on your behalf in connection with th above-styled proceeding. Documentation relating to the subject is herein enclosed.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
   Madison County
   515 South Liberty
   Jackson, Tn 38301

# THE STATE OF TENNESSEE  MADISON  COUNTY

## CIRCUIT  COURT

Melvin Harris,

Elese Harris

Bernice Edwards

Plaintiff(s)

Summons in a Civil Action

No. C-10-379

Vs.

Allstate Property and

Casualty Insurance Co.

Defendant(s)

C/O Commissioner of Insurance

500 James Robertson Pkwy.

Nashville, TN 37243-1131

Address

To the above named defendant(s):

You are hereby summoned and required to answer, in writing, the complaint which is herewith served upon you, and to serve a copy of same upon **Nathan B. Pride**, who is plaintiffs Attorney, whose address is **423 N. Highland Ave, Jackson, TN 38301**, within thirty (30) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 29 day of December, 2010.

ADA
IF YOU HAVE A DISABILITY AND
REQUIRE ASSISTANCE PLEASE CALL
1-731-988-3070

Kathy Blount, Clerk

By: M Hall
Deputy Clerk

## RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the ___ day of _____, 20___, I served this summons together with a copy of the complaint herein as follows: _____

Sheriff

Deputy Sheriff

IN THE CIRCUIT COURT OF MADISON COUNTY, TENNESSEE
AT JACKSON

MELVIN HARRIS, ELESE HARRIS
and BERNICE EDWARDS,

    Plaintiffs,

VS.

ALLSTATE PROPERTY and
CASUALTY INSURANCE CO.,

    Defendant.

FILED DEC 29 2010
KATHY BLOUNT, CIRCUIT COURT CLERK
DEPUTY CLERK 2:30 P.M.

R.D. NO. C-10-379
DIV. III
Judge Page

## COMPLAINT

Comes now, the Plaintiffs and sues the Defendant for breaches occurring under the policy of homeowner's insurance that was issued to the Plaintiffs and they will show unto this Honorable Court as follows:

1. That Melvin Harris, Elese Harris and Bernice Edwards, are the owners of a house and lot located at 87 Labelle Street, Jackson, Madison County, Tennessee.

2. That they are the owners of the property as tenants in common and were at all times relevant to this Complaint. That all acts occurred in Madison County, Tennessee.

3. That the Plaintiff's acquired a policy of homeowner's insurance on the property and did retain the Defendant, Allstate Property and Casualty Insurance Company to issue said policy. That said policy, upon information and belief, bears policy number 000955977448 and was in force at all times relevant to this proceeding.

ATHAN B. PRIDE
ATTORNEY AT LAW
23 N. HIGHLAND AVE.
JACKSON, TN 38301

(731) 424-4095

1

That Allstate Property and Casualty Insurance Company is a foreign insurance corporation, authorized to do business in Tennessee and did so at all time relevant to this proceeding.

4. That among other things, said policy of insurance insured the dwelling itself, it insured the personal property and contents and also had provisions for loss of use, all of which were in full force and effect at the time relevant to this proceeding.

5. That Allstate Property and Casualty Insurance Company was aware of the policy of insurance upon the property located at 87 Labelle Street, Jackson, Madison County, Tennessee, and was obligated to pay under the policy and provisions.

6. That on or about January 10, 2010, a fire occurred at the dwelling at 87 Labelle Street, Jackson, Madison County, Tennessee. That said house was totally destroyed by fire, including all of its contents. That the Defendant, Allstate Property and Casualty Insurance Company was given notice of this fire and the losses sustained by the Plaintiffs.

7. That Allstate Property and Casualty Insurance Company, hereinafter referred to as "Allstate", insured the Plaintiffs' dwelling against loss or injury by fire and others perils and policy of fire insurance, again, was in full force and effect on or about January 10, 2010.

8. That although the Plaintiffs have performed all requirements precedent to their right of recovery under said policy of fire insurance, the Defendant has failed and refused to make payment to the Plaintiffs. That failure of the Defendant to pay the Plaintiffs is and has been without justification and the payment is being withheld from the Plaintiffs. That the Plaintiffs assert that they are entitled to the full value of the policy of the house, personal property, the contents including furniture, clothing and other such items as a loss of use for the same.

9. That failure of the Defendants to pay the Plaintiffs is and has been without justification and the payment is being withheld from the Plaintiffs in bad faith as such as that the Plaintiffs are entitled to recovery in addition to the amount of the policy for all their losses, they believe they are entitled to an additional amount equal to 25% of the face amount of the policy pursuant to TCA 56-7-105.

2

10. That Plaintiffs assert that the failure of the Defendant, Allstate to provide payment under the policy is a breach of their contract of insurance, a breach of their agreement to insure the same and to pay the policy upon due notice of the loss and consequentially, their failure to do so is tantamount to breach of contract and breach of their duty.

11. That at the time of the fire, the Plaintiffs had mortgaged the property to First National Acceptance Company. That upon the Court's finding that the Defendant has breached its duty to pay under the policy of insurance that was in force by Allstate at the time of the fire loss, the Court should require the payment to be made to First National Acceptance Company for satisfaction of any lien or mortgage that they may have against said property as an additional loss payee upon the policy and its provisions.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS PRAY:

1. That they be allowed to file this action.

2. That the Defendant be given due notice of the same and required to appear and give answer to this Complaint.

3. That the Court conduct a Hearing upon the merits of this Complaint at which time, the Court enter a judgment against the Defendant, Allstate Property and Casualty Insurance Company for the amount of the policy limits as to the dwelling, the amount of policy limits for the personal property, amount of policy limits for the loss of use and all other provisions of the insurance policy in force and effect at the time of the loss, in the amount of $134,400.

4. That the Court require payment to First National Acceptance Company, an additional loss payee upon the policy pursuant to the policy and contract of insurance in full force and effect at the time of the loss.

5. That the Plaintiffs be given all other relief to which they may be entitled and the proof may dictate including but not limited to pre-judgment and post-judgment entrance, Attorney's fees and court costs.

6. That a JURY be impaneled hear this matter.

3

RESPECTFULLY SUBMITTED THIS 28 DAY OF December, 2010.

*[signature]*

NATHAN B. PRIDE
Attorney for Plaintiffs
423 N. Highland Avenue
Jackson, TN 38301
(731) 422-6895

## COST BOND

I, NATHAN B. PRIDE, SURETY, do hereby acknowledge myself as surety for court cost.

*[signature]*

NATHAN B. PRIDE, ATTORNEY SURETY

4

STATE OF TENNESSEE
DEPARTMENT OF COMMERCE AND INSURANCE
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TENNESSEE 37243

7009 3410 0002 1677 3273

7009 3410 0002 1677 3273    01/14/2011
ALLSTATE PROPERTY & CASUALTY INS CO
800 S. GAY STREET, STE 2021, % C T CORP.
KNOXVILLE, TN 37929-9710