# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE AT JACKSON

---

**MELVIN HARRIS, ELESE HARRIS**
**and BERNICE EDWARDS,**

      **Plaintiffs,**

vs.                                           **NO:  1:11-CV-01040**
                                                **JURY DEMANDED**

**ALLSTATE PROPERTY and**
**CASUALTY INSURANCE CO.,**

      **Defendant.**

---

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

It appearing to the satisfaction of the Court, that all things and matters in controversy between Melvin Harris, Elese Harris, Bernice Edwards and Allstate Property and Casualty Insurance Company, have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the Plaintiff's case against Defendant should be dismissed with prejudice, with each party to pay their own attorney's fees and bear their own discretionary costs.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff's cause of action against the Defendant is hereby dismissed with prejudice.

2. Each party shall pay their own attorney's fees and bear their own discretionary costs.

IT IS SO ORDERED this 6th day of September 2011.

                 s/ J. DANIEL BREEN
                 UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ David M. Waldrop
David M. Waldrop (#13079)
Attorney for Defendant
9032 Stone Walk Place
Germantown, TN  38138
 (901) 759-3489

s/ Nathan B. Pride
Nathan B. Pride
Attorney for Plaintiffs
423 N. Highland Avenue
Jackson, TN 38302
(731) 422-6896