# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

**JUDGMENT IN A CIVIL CASE**

**MELVIN HARRIS, ELESE HARRIS
and BERNICE EDWARDS,**
Plaintiff,

CASE NUMBER: 1:11-cv-1040-B

v.

**ALLSTATE PROPERTY and
CASUALTY INSURANCE CO.,**
Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 9/6/2010, this case is hereby Dismissed with prejudice, with each party to pay their own attorney's fees and bear their own discretionary costs.

**APPROVED:**

                                              **s/J. Daniel Breen**
                                              **United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/Anna Jordan
DEPUTY CLERK**